IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

SUSANNA C. ZEKAS,

      Appellant,

v.

                                  Case No.  5D23-112
                                  LT Case No. 16-2020-CC-009581

BANK OF AMERICA, N.A.,

      Appellee.

_____/

Decision filed August 1, 2023

Appeal from the County Court
for Duval County,
Kimberly A. Sadler, Judge.

Susanna C. Zekas, Jacksonville, pro se.

Jason S. Dragutsky, and Dana M. Stern,
of Hayt, Hayt & Landau, P.L., Miami, for
Appellee.


PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., HARRIS and SOUD, JJ., concur.